LEWIS BRISBOIS BISGAARD & SMITH LLP
GREG L. JOHNSON, SB#132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB # 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Ste. 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Plaintiffs ROBERT RIESENMAN
and DUBI DELI, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIESENMAN; DUBI DELI, LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>KRITTERS FOR CHRIST FEEDERS, LLC, and DOES 1 through 10, inclusive,<br><br>             Defendants. | No. 2:20-cv-00402-KJM-EFB<br><br>**STIPULATION AND ORDER FOR THE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

   Plaintiffs ROBERT RIESENMAN and DUBI DELI, LLC, ("Plaintiffs") on the one hand, and Defendants KRITTERS FOR CHRIST FEEDERS, LLC ("Defendant"), on the other, hereby stipulate to the extension of time pursuant to Fed. R. Civ. P. 6(b) and Local Rule 144(a).

   WHEREAS, on February 21, 2020, Plaintiffs filed the instant action against Defendant for Federal trademark infringement, unfair competition, and seeking a permanent injunction. *See generally* ECF No. 1.

   WHEREAS, Defendant executed a Waiver of the Service of Summons on March 19, 2020, and returned it to Plaintiffs' counsel that same date. The Waiver set the responsive deadline

4832-9996-4861.1                                        1
NOTICE OF AGREEMENT TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

1  to the complaint as April 24, 2020. Fed. R. Civ. P. 4(d)(3).

2      WHEREAS, on April 22, 2020, Defendant's Counsel conferred with Plaintiff's counsel in
3  good faith to request a 28-day extension to respond to Plaintiffs' Complaint, to May 22, 2020, to
4  allow Defendant additional time to investigate the allegations set forth in the Complaint, consult
5  with legal counsel, and consider an appropriate response.

6      WHEREAS, settlement discussions have progressed, and a further 14-day extension of
7  time is necessary to allow the parties to finalize a settlement agreement.

8      WHEREAS, Plaintiff is unopposed to Defendant's request for a further 14-day extension
9  to answer the Complaint.

10      WHEREAS, the extension is not made for the purposes of delay, and no party will be
11  prejudiced by this brief extension.

12      THEREFORE, Plaintiffs and Defendant hereby stipulate and agree that Defendant's
13  deadline to file and serve a responsive pleading should be extended an additional 14 days, to June
14  5, 2020.

15

16  DATED: May 22, 2020			LEWIS BRISBOIS BISGAARD & SMITH LLP
17
18
19                                          By:	/s/ Greg L. Johnson
                                                    Greg L. Johnson
20                                                      Attorneys for Plaintiffs ROBERT RIESENMAN
                                                      and DUBI DELI, LLC
21
22
   DATED: May 22, 2020			LEE & HAYES
23
24
25                                            By:	/s/ William B. Dyer III
                                                      William B. Dyer III
26                                                        Attorneys for Defendant KRITTERS FOR
                                                      CHRIST FEEDERS, LLC
27
28

1 | It is so **ORDERED**.

2 | DATED:  June 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE